**P. W. Walsh, Appellee, v. City of Chicago, Appellant.**

**Gen. No. 18,929.  (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in this court at the October term, 1912. Reversed and remanded. Opinion filed March 30, 1914.

## Statement of the Case.

Action by P. W. Walsh against City of Chicago to recover the amount claimed to be due on a contract for the transportation of garbage. Defendant's affidavit of defense alleging that plaintiff violated the contract by furnishing unseaworthy boats, as a result of which one of them sank while loaded with garbage boxes owned by it, obstructing the harbor and it was necessary to raise same at an expense to defendant of $347.80, was stricken from the files and judgment rendered for plaintiff for $1,200, from which defendant appealed.

WILLIAM H. SEXTON, for appellant; LEON HORNSTEIN, of counsel.

HENRY JOHN TONER, for appellee.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

## Abstract of the Decision.

1. CONTRACTS, § 322*—*what constitutes a breach of contract to furnish seaworthy boats in transportation of garbage.* In an action on a contract for the transportation of garbage under which plaintiff agreed to furnish seaworthy boats, an affidavit of defense alleging that the boats furnished by plaintiff were not seaworthy and as a result one of them sank carrying with it garbage boxes owned by defendant City and obstructing the harbor, putting defendant to the expense of raising it, is sufficient to show a breach of contract by plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

2. SET-OFF AND RECOUPMENT, § 18*—*when damages for breach of contract may be recouped.* In an action against a City on a contract for the transportation of garbage under which plaintiff agreed to furnish seaworthy boats, defendant may recoup damages caused by the sinking of one of the boats, owing to its being unseaworthy, carrying down with it garbage boxes owned by defendant, obstructing navigation and putting defendant to the expense of raising it.